# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2021

Bridget M. McCormack,
Chief Justice

162010

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

JEFFREY MICHAEL ALLEN,
      Plaintiff-Appellant,

v

                                                 SC: 162010
                                                 COA: 348961

EVEREST NATIONAL INSURANCE
COMPANY,
      Defendant-Appellee.

                                                 Bay CC: 18-003554-NI

_____/

On order of the Court, the application for leave to appeal the August 13, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2021



b0524

                                      Clerk